BTK
F. #2020R00702

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2020 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARIO SERGIO BLANCO VENTURA,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF ARREST WARRANT**

(8 U.S.C. §§ 1326(a), 1326(b)(2))

MJ 20-0651

EASTERN DISTRICT OF NEW YORK, SS:

DENNIS CARROLL, being duly sworn, deposes and states that he is a

Deportation Officer with the United States Immigration and Customs Enforcement, duly

appointed according to law and acting as such.

On or about August 7, 2020, within the Eastern District of New York, the

defendant MARIO SERGIO BLANCO VENTURA being an alien who had previously been

arrested and convicted of an aggravated felony, to wit: Rape in the Third Degree, in violation

of New York State Penal Law Section 130.25(2), and was thereafter excluded and removed

from the United States, and who had not made a re-application for admission to the United

States to which the Secretary of the Department of Homeland Security, successor to the

Attorney General of the United States, had expressly consented, was found in the United

States.

(Title 8, United States Code, Sections 1326(a), 1326(b)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      I have been a Deportation Officer for approximately 15 years with ICE and have been involved in the investigation of numerous cases involving the illegal reentry of aliens.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.      On October 14, 2004, the defendant MARIO SERGIO BLANCO VENTURA was arrested by the Nassau County Police Department ("NCPD"), in Nassau County, New York and charged with Rape in the Second Degree, in violation of New York State Penal Law Section 130.25(2), and another criminal sex offense.   In connection with the defendant's October 14, 2004 arrest, the defendant's fingerprints were taken.

3.      ICE officials ran a criminal history report and found that the defendant MARIO SERGIO BLANCO VENTURA, a citizen of El Salvador, had previously been removed from the United States to El Salvador on or about July 15, 2005.   In connection with his removal, the defendant's fingerprints were taken and, in addition, a photograph of him was taken.

4.      On or about February 18, 2005, in the County Court of Nassau County, the defendant MARIO SERGIO BLANCO VENTURA was convicted of Rape in the Third

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

Degree, in violation of New York State Penal Law Section 130.25(2), which is an aggravated felony offense.   The defendant was sentenced to a term of imprisonment of six months to be followed by five years of probation.   In connection with this conviction, a photograph of the defendant was entered into the New York State Sex Offender Registry.

5.      The defendant MARIO SERGIO BLANCO VENTURA's fingerprints taken from his July 15, 2005 removal and his October 4, 2004 arrest were provided to an ICE Officer, who is certified in fingerprint analysis and comparison.   Comparisons of the fingerprints revealed that they matched.

6.      In addition, I reviewed photographs of the defendant MARIO SERGIO BLANCO VENTURA that were taken in connection with his July 15, 2005 removal and his entry into the New York State Sex Offender Registry following his 2005 conviction for Rape in the Third Degree.

7.      On or about August 7, 2020, while conducting surveillance at locations in Nassau County, New York, I observed an individual, who, based upon my review of the photographs of the defendant MARIO SERGIO BLANCO VENTURA that are described above and other information gathered during the course of the investigation into the defendant, I believe to be the defendant.

8.      A search of immigration records has revealed that there exists no request by the defendant MARIO SERGIO BLANCO VENTURA for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant MARIO SERGIO BLANCO VENTURA, be dealt with according to law.   Because

disclosure of the contents of this Complaint and Affidavit would jeopardize an ongoing

investigation and could result in the flight of the defendant and/or the destruction of

evidence, I respectfully request that this Complaint and Affidavit and the accompanying

Arrest Warrant be filed under seal, pending further order of the Court.

DENNIS CARROLL
Deportation Officer, United States Immigration
and Customs Enforcement

Sworn to before me this
10th day of August, 2020

/S/ AK Tomlinson
THE HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK